6 A.3d 438

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL DERRY, DEFENDANT–APPELLANT.

October 1, 2010.

This matter having been duly considered and the Court having determined that certification is improvidently granted;

IT is ORDERED that the within appeal be and hereby is dismissed.

6 A.3d 438

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FERNANDO FELICIANO, JR., DEFENDANT–
APPELLANT.

October 4, 2010.

This matter having been brought before the Court by defendant's motion for leave to appeal an order revoking his pre-trial bail; and the Court having granted that motion; and the Court having been advised that defendant has pled guilty, that judgment of conviction has been entered, and that defendant is now incarcerated in accordance with the sentence imposed in the judgment; it is hereby

ORDERED that the appeal is dismissed as moot.

6 A.3d 438

DENISE A. PERRELLI, PLAINTIFF, v. BRIDGET PASTORELLE
AND PAUL PASTORELLE, DEFENDANTS–MOVANTS.

October 7, 2010.

ORDERED that the motion for leave to appeal is granted.